March 02, 2007

Honorable Fred E. Davis
Davis & Davis, P.C.
9442 Capital of Texas Highway, Suite 950
Austin, TX 78759
Mr. Robert M. Roach Jr.
Cook & Roach, L.L.P.
1111 Bagby, Suite 2650
Houston, TX 77002-2543

RE: Case Number: 03-0505
 Court of Appeals Number: 03-02-00524-CV
 Trial Court Number: 99-09099

Style: CITIZENS INSURANCE COMPANY OF AMERICA, CITIZENS, INC., HAROLD
 RILEY, AND MARK OLIVER
 v.
 DR. FERNANDO HAKIM DACCACH, ON BEHALF OF HIMSELF AND ALL OTHERS
 SIMILARLY SITUATED

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Amalia |
| |Rodriguez-Mendoza |
| |Ms. Diane O'Neal |